UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN RICHARD RUDY,<br><br>    Plaintiff,<br><br>    v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT,<br><br>    Defendant. | No. CV 17-8487-JFW (PLA)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. Judgment shall be entered consistent with this Order.
3. The clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: April 9, 2018

                                                                                            HONORABLE JOHN F. WALTER
                                                                                            UNITED STATES DISTRICT JUDGE