# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOHN RICHARD RUDY, | No. CV 17-8487-JFW (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, | |
| Defendant. | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that this action is dismissed with prejudice for failure to prosecute and to follow court orders.

DATED: April 9, 2018

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE